## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                          Plaintiff,

-vs-                                                                 Case No.  2:11-cv-158-FtM-36SPC

DIMARE RUSKIN, INC.,

                          Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff EEOC's Unopposed Motion Requesting Court Permission to Meet Telephonically to Prepare and File Case Management Report (Doc. #14) filed on May 13, 2011.  Plaintiff's Counsel requests permission to appear via telephone at the meeting for the purpose of preparing and filing a Case Management Report because the parties are located in different cities (lead counsel for the Plaintiff located in Miami, lead counsel for the Defendant in Tampa).  Pursuant to Local Rule 3.01(g), Counsel for the parties have conferred and agree to the relief requested.  As the use of telephonic hearings and conferences are encouraged, pursuant to Local Rule 3.01(i), the Court will grant the Motion.

Accordingly, it is now

**ORDERED:**

Plaintiff EEOC's Unopposed Motion Requesting Court Permission to Meet Telephonically to Prepare and File Case Management Report (Doc. #14) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of May, 2011.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record